IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHERINE FRANKLIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-1581-D |
| VS. | § | |
| | § | |
| THE LAW FIRM OF SIMON, EDDINS | § | |
| & GREENSTONE, L.P., et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the January 24, 2011 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.[*]

Accordingly, defendants' October 15, 2010 motion for Rule 11 sanctions is denied without prejudice. The magistrate judge's recommendation that plaintiff be directed to file an amended complaint by February 4, 2011 has been addressed by plaintiff's filing on February 23, 2011 of her first amended complaint. Plaintiff's August 13, 2010 complaint is stricken from the record.

**SO ORDERED**.

February 28, 2011.

SIDNEY A. FITZWATER
CHIEF JUDGE

---

[*]Both sides have objected to certain aspects of the magistrate judge's findings, conclusions, and recommendation. Because the court concludes that these objections do not affect the ultimate conclusion that the Rule 11 motion should be denied without prejudice, the court need not address these objections specifically.